IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.. | Civil Action No.  08 CV 02859 |
| Plaintiff, | |
| | **Rule 7.1 Statement** |
| FRANK POOL ROOM and FRANCISCO HERNANDEZ | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: March 17, 2008

/s/ Paul J. Hooten
Signature of Attorney
Paul J. Hooten, Esq.
Attorney Bar Code: PJH9510