UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 08-CV-02859

  -against-

                                             **CERTIFICATE OF SERVICE**

FRANK'S POOL ROOM
and FRANCISCO HERNANDEZ
                Defendants,
_____

       I certify that a copy of the Honorable Jed S. Rakoff Notice of Court Conference and a copy of the Individual Rules of Practice was sent via the U.S. Postal Service certified mail within the State of New York, First Class Mail addressed to the following on March 24, 2008:

To:    Frank's Pool Room
        185 E. 167th Street
        Bronx, NY 10456

        Francisco Hernandez
        c/o Frank's Pool Room
        185 E. 167th Street
        Bronx, NY 10456


                             By:    /s/ Lucille Eichler
                                    Lucille Eichler
                                    Paul J. Hooten & Associates
                                    5505 Nesconset Highway, Suite 203
                                    Mt. Sinai, NY 11766