UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------
**J & J SPORTS PRODUCTIONS, INC.**,

    PLAINTIFF
– vs. –

**FRANKS POOL ROOM ET ANO**,

    DEFENDANT
---------------------------------------

Index No: **08 CV 02859**
Date Filed: **05/06/2008**
Office No: **131517**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ROBERT CRANDALL** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/26/2008** at **1:38PM** at **185 E. 167TH STREET , BRONX, NY 10456**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **FRANK'S POOL ROOM** the **DEFENDANT** therein named by delivering to, and leaving personally with **'JANE' JASMINE, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
APP. AGE: **50**    APP. HT: **5'3**    APP. WT: **190**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/27/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

ROBERT CRANDALL – 955171
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ER

