UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff          CIVIL NO. 08-CV-02859

-AGAINST-

FRANKS POOL ROOM
and FRANCISCO HERNANDEZ         **DEFAULT JUDGMENT**

                Defendant
--------------------------------------------------------X

      This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Franks Pool Room and Francisco Hernandez on June 26, 2008, and a proof of service having been filed on July 7, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

Dated: New York, New York
       8/7/08

                                            Jed S. Rakoff
                                            United States District Judge

                                            This document was entered on the docket
                                            on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08